IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02998-KLM

COLLEEN SUPAN,

    Plaintiff,

v.

SFM, LLC, doing business as Sprouts Farmers Market,

    Defendant.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Joint Motion for Dismissal With Prejudice** [#18] (the "Motion"). Based on the parties' joint request for this case to be dismissed with prejudice,

IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Plaintiff's claims are **dismissed with prejudice**.

IT IS FURTHER **ORDERED** that the Clerk of Court shall **close** this case.

Dated: April 29, 2019